IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-50186
Summary Calendar
_____


UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ORLANDO ZUNIGA,

Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Western District of Texas
USDC No. 92-CR-296-3
- - - - - - - - - -
July 1, 1996
Before KING, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Orlando Zuniga argues that his sentence for conspiracy to possess and distribute more than 100 kilograms of marijuana is clearly erroneous because the quantity of drugs on which his sentence is based (1) was not reasonably foreseeable to Zuniga and (2) is not supported by specific factual findings. He also argues that the district court's finding that Zuniga obstructed justice is clearly erroneous. Having reviewed the record and

_____

[*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

authorities, we AFFIRM.  See United States v. Fields, 72 F.3d 1200, 1215 & n.67 (5th Cir.), petition for cert. filed, 64 U.S.L.W. 3709 (Apr. 8, 1996) (No. 95-1639); United States v. Puig-Infante, 19 F.3d 929, 943 (5th Cir.), cert. denied, 115 S. Ct. 180 (1994).

AFFIRMED.